**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 3, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00853-CV

### IN RE GUS MENDIZABAL, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
10th District Court
Galveston County, Texas
Trial Court Cause No. 15CV0919

## MEMORANDUM OPINION

On October 25, 2016, relator Gus Mendizabal filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John D. Kinard, Galveston County District Clerk, to receive and file all papers in the underlying case, inform relator of all proceedings in the case, and notify the district court that a trial date should be set.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The district clerk is not a district court or county court judge in this court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the district clerk.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.